# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH *▲†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE McLEOD°
ARTHUR A. HIRSCHLER
GERALD BUKARY
ELI RAIDER
SERGIO J. TUERO*
JAY SIMENS
STEWART WOLF*
CHRISTOPHER R. CLARKE
ERIC ZARATIN
PREET S. BAGGA
RAQUEL GOLDSTEIN
NEIL I. ALBSTEIN*
MICHAEL B. PODOLSKY*
JACQUELYN F. SCHWALB
EVAN LAZEROWITZ*
SARAH BENJI*

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
Tdonovan@gwfglaw.com

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
° ALSO ADMITTED IN CALIFORNIA
◊ MEMBER OF FLORIDA & DC & NY

January 16, 2019

<u>Via ECF</u>
Hon. Carla E. Craig
U.S. Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201

Re:   4921 12th Avenue LLC
      Case No. 18-47256 (CEC)

Dear Judge Craig:

This is to advise the Court that my firm filed the above referenced Chapter 11 petition as accommodation to the regular counsel for the Debtor because he did yet not have an account for ECF filing. Thus, we want the Court to know that although Goldberg Weprin Finkel Goldstein LLP appears on the ECF docket, we are not the Debtor's attorneys in the case and only assisted in processing the electronic filing.

I am advised that the attorney for the Debtor, Michael Levine, Esq., who has his offices in Westchester County, has arranged for a local Brooklyn bankruptcy attorney to appear on behalf of the Debtor at the initial status conference this afternoon.

Respectfully yours,

J. Ted Donovan

cc:   William Curtin, Esq. (Via ECF and e-mail)
      Michael Levine, Esq. (Via ECF and e-mail)