UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In re:                                                                    Case No. 1-18-47256-cec

    4921 12th Avenue LLC                                  Chapter 11

    Debtor(s)
------------------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

    4921 12th Avenue LLC, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter  11  of the Bankruptcy Code on  December 20, 2018 .

2. Schedule(s)  A,B, D, G, H  were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

   ✓ The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

   Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

1. [If creditors have been *added*] An amended mailing matrix is annexed hereto, listed added creditors **ONLY**, in the format prescribed by E.D.N.Y LBR 1007-3.

*Reminder*: *No amendment of schedules is effective until proof of service in accordance with E.D.N.Y LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list, if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with E.D.N.Y LBR 1009-1.

Dated: January 29, 2019                                                 /s/ Yehuda Salamon, President
                                                                                                                                                                   Debtor *(signature)*

Sworn to before me this  29
Day of  January , 20  19
 /s/ Joseph Y. Balisok
Notary Public, State of New York