UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

    4921 12th AVENUE LLC,

                      Debtor.

-----------------------------------------------------------------X

Chapter 11

Case No. 18-47256

## **NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Butler, Fitzgerald, Fiveson & McCarthy, P.C. hereby appears as counsel for Creditor Old Republic National Title Insurance Company, a Florida corporation licensed with the New York State Department of Financial Services, as successor in interest to Beis Chasidei Gorlitz, Inc. a/k/a Beis Chasidei Gorlitz, pursuant to Rules 2002, 7005 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Butler, Fitzgerald, Fiveson & McCarthy, P.C., requests that all notices given or required to be given in the above-captioned bankruptcy case or adversary proceeding, and all papers served or required to be served in these cases, be given and served upon the undersigned at the following office address:

                9 East 45th Street, Ninth Floor
                New York, New York 10017

    PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

Dated: New York, New York
February 1, 2019

                                      BUTLER, FITZGERALD, FIVESON
                                         &amp; McCARTHY
                                      A Professional Corporation
                                      Attorneys for Creditor Old Republic
                                      National Title Insurance Company, a Florida
                                      corporation licensed with the New York
                                      State Department of Financial Services, as
                                      successor in interest to Beis Chasidei
                                      Gorlitz, Inc. a/k/a Beis Chasidei Gorlitz

                                      By: _____
                                              David K. Fiveson (2636)
                                      A Principal of the Firm
                                      Nine East 45th Street, Ninth Floor
                                      New York, New York 10017
                                      (212) 615-2200

TO:    OFFICE OF THE US TRUSTEE
         201 Varick Street, Suite 1006
         New York, New York 10014

         GALSTER FUNDING LLC
         c/o Harry Zubli, Esq.
         1010 Northern Blvd., Suite 310
         Great Neck, New York 11021

         BALISOK & KAUFMAN, PLLC
         Attn: Joseph Y. Balisok, Esq.
         Attorneys for Debtor 4921 12th Avenue LLC
         251 Troy Avenue
         Brooklyn, New York 11213
         Tel.: (718) 928-9607
         Fax: (718) 534-9747
         Email: joseph@lawbalisok.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

       4921 12th AVENUE LLC,

                            Debtor.
-----------------------------------------------------------------X

Chapter 11

Case No. 18-47256

## CERTIFICATE OF SERVICE

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

       I, David K. Fiveson, hereby declares under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on February 1, 2019, I caused to be served a copy of form "NOTICE OF APPEARNCE," by regular mail upon each of the parties listed on the service list below by depositing true copies of same in sealed envelopes, with postage pre-paid thereon, in an official depository of the United States Postal Service within the borough of Brooklyn and the City and State of New York.

Dated: New York, New York
        February 1, 2019

                                         Respectfully submitted,

                                         By: /s/ David K. Fiveson
                                         David K. Fiveson (2936)
                                         Butler, Fitzgerald, Fiveson & McCarthy,
                                         A Professional Corporation
                                         Attorneys for Creditor Old Republic National Title Insurance Company, a Florida corporation licensed with the New York State Department of Financial Services, as successor in interest to Beis Chasidei Gorlitz, Inc. a/k/a Beis Chasidei Gorlitz
                                         9 East 45th Street, Ninth Floor
                                         New York, New York 10017
                                         Tel.: (212) 615-2200
                                         Fax: (212) 615-2215
                                         Email: dfiveson@bffmlaw.com

## Service List

OFFICE OF THE US TRUSTEE
201 Varick Street, Suite 1006
New York, New York 10014

GALSTER FUNDING LLC
c/o Harry Zubli, Esq.
1010 Northern Blvd., Suite 310
Great Neck, New York 11021

BALISOK & KAUFMAN, PLLC
Attn: Joseph Y. Balisok, Esq.
Attorneys for Debtor 4921 12th Avenue LLC
251 Troy Avenue
Brooklyn, New York 11213
Tel.: (718) 928-9607
Fax: (718) 534-9747
Email: joseph@lawbalisok.com

4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                                                       **AFFIDAVIT OF SERVICE**

    4921 12th AVENUE LLC,                                             Chapter 11

                                     Debtor.                    Case No. 18-47256
----------------------------------------------------------------X

STATE OF NEW YORK    )
                        ) ss:
COUNTY OF NEW YORK  )

        RAYMOND Q. SPERLING, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Nine East 45th Street, Ninth Floor, New York, New York 10017. That on the 1st day of February 2019, deponent served the within **NOTICE OF APPEARANCE** upon:

OFFICE OF THE US TRUSTEE
201 Varick Street, Suite 1006
New York, New York 10014

GALSTER FUNDING LLC
c/o Harry Zubli, Esq.
1010 Northern Blvd., Suite 310
Great Neck, New York 11021

BALISOK & KAUFMAN, PLLC
Attn: Joseph Y. Balisok, Esq.
Attorneys for Debtor 4921 12th Avenue LLC
251 Troy Avenue
Brooklyn, New York 11213

by depositing a true copy of same enclosed in a post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

                                                                      _____
                                                                      RAYMOND Q. SPERLING

Sworn to before me this
1st day of February, 2019

_____
Notary Public

GRAIL A. MOORE
Notary Public, State of New York
No. 4789402
Qualified in Nassau County
Commission Expires ~~January 31, 19~~
April 16, 2022