**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

    **4921 12th AVENUE LLC**,           Chapter 11

                                                            Case No. **18-47256**
                                  Debtor.
-----------------------------------------------------------X

## AFFIDAVIT OF DEBTOR CONCERNING EQUITY SECURITY HOLDERS

STATE OF NEW YORK      )
                                  ) ss: Brooklyn
COUNTY OF KINGS        )

    Yehuda Salamon, being of full age, on his affirmation, deposes and says:

1. I am the petitioner in the above matter.

2. I am the sole shareholder of 4921 12th Avenue LLC.


                                                    /s/ *Yehuda Salamon*
                                                        Yehuda Salamon

SUBSCRIBED and AFFIRMED to
before me this 17th day of January, 2019


            /s/ *Joseph Y. Balisok*
                    Joseph Y. Balisok
           Notary Public – State of New York
                  No. 02BA6225166
               Qualified in Kings County
       My Commission Expires July 19, 2022