**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

    **4921 12th AVENUE LLC**,        Chapter 11

                                        Case No. **18-47256**

                         Debtor.
-----------------------------------------------------------X

## DISCLOSURE STATEMENT

Pursuant to Federal Bankruptcy Rule 1007 (a)(1), the Debtor, 4921 12th Avenue LLC, makes the following disclosure:

There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: February 12, 2019
       Brooklyn, New York                          /s/ *Joseph Y. Balisok*
                                                          Joseph Y. Balisok
                                                          Balisok & Kaufman, PLLC
                                                          Attorney for the Debtor
                                                          251 Troy Avenue
                                                          Brooklyn, NY 11213
                                                          Telephone: (718) 928-9607
                                                          Facsimile: (718) 534-9747
                                                          joseph@lawbalisok.com