

March 20, 2019

Hon. Carla E. Craig
United States Bankruptcy Judge
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:    4921 12th Avenue, LLC
             Case Number: 18-47256 Chapter 11

Dear Judge Craig:

This letter will serve to confirm that the hearing with respect to the Order Scheduling Initial Case Management Conference and the U.S. Trustee's Motion to Dismiss Case scheduled for March 20, 2019 at 3:00 p.m. has been adjourned to April 10, 2019 at 3:00 p.m.

Please feel free to call me if you have any questions. Thank you for your kind attention to this matter.

                                      Sincerely,
                                      /s/ *Joseph Y. Balisok*
                                      Joseph Y. Balisok, Esq.