UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re

                                                   **AFFIDAVIT OF SERVICE**

4921 12th Avenue, LLC,                                 Chapter 11

                                                   Case No. 18-47256

                                     Debtor.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NEW YORK  )

        JOEL JEAN, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Nine East 45th Street, Ninth Floor, New York, New York 10017. That on the 3rd day of April 2019, deponent served the within **DECLARATION IN SUPPORT OF GALSTER FUNDING LLC'S MOTION TO TERMINATE EXCLUSIVE PERIODS AND TO APPROVE PLAN OF REORGANIZATION** upon:

| | |
|---|---|
| OFFICE OF THE US TRUSTEE<br>201 Varick Street, Suite 1006<br>New York, New York 10014 | BALISOK & KAUFMAN, PLLC<br>Attn: Joseph Y. Balisok, Esq.<br>Attorneys for Debtor 4921 12th Avenue LLC<br>251 Troy Avenue<br>Brooklyn, New York 11213 |
| GALSTER FUNDING LLC<br>c/o Harry Zubli, Esq.<br>1010 Northern Blvd., Suite 310<br>Great Neck, New York 11021 | |

by depositing a true copy of same enclosed in a post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
JOEL JEAN

Sworn to before me this
3rd day of April, 2019

_____
Notary Public

RAYMOND QUENTIN SPERLING
Notary Public, State of New York
No. 01SP6259734
Qualified in New York County
Commission Expires April 16, _____