UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                             Chapter 11

      4921 12th Avenue, LLC                 Case no.  18-47256

                      Debtor.
---------------------------------------------------------x

## **NOTICE OF HEARING ON DISCLOSURE STATEMENT APPROVAL**

      PLEASE TAKE NOTICE, that upon the annexed scheduling order, a hearing will be held before the Honorable Carla E. Craig at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, on May 29, 2019 at 3:00 p.m., or as soon thereafter as counsel can be heard, to consider the application ("Application") of Galster Funding LLC ("Proponent") for entry of an order substantially in the form annexed hereto, approving the Proponent's disclosure statement filed on April 30, 2019 ("Disclosure Statement") in the above-captioned case of 4921 12th Avenue, LLC (the "Debtor").

      PLEASE TAKE FURTHER NOTICE, that a copy of the Disclosure Statement is filed with the Clerk of the Bankruptcy Court and is also available upon request of the undersigned at mfrankel@bfklaw.com.

      PLEASE TAKE FURTHER NOTICE, that objections, if any, must be in writing, served upon the undersigned proposed Debtor's counsel, and filed with the Clerk of the Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, and served upon the undersigned so as to be received on or before May 22, 2019.

Dated:  New York, New York
       April 30, 2019

                                      BACKENROTH FRANKEL & KRINSKY, LLP
                                      Attorneys for the Debtor

                                      By: s/Mark A. Frankel
                                          800 Third Avenue
                                          New York, New York  10022
                                          (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                               Chapter 11

        4921 12th Avenue, LLC              Case no.  18-47256

                          Debtor.
----------------------------------------------------------x

## ORDER APPROVING DISCLOSURE STATEMENT

        A Disclosure Statement ("Disclosure Statement") under chapter 11 of the Bankruptcy Code having been filed by Galster Funding LLC ("Proponent") on April 30, 2019, referring to the Plan of Reorganization filed by the Proponent on April 30, 2019 ("Plan"); and it having been determined after hearing on notice that the Disclosure Statement contains adequate information;

        IT IS ORDERED, and notice is hereby given that:

        A.    The Disclosure Statement is approved.

        B.    _____, 2019 at 5:00 p.m. is fixed as the last day for submitting written acceptances or rejections to the Plan referred to above, and ballots indicating acceptance or rejection of the Plan must be received by Backenroth Frankel & Krinsky, LLP, at its offices located at 800 Third Avenue, New York, New York 10022, on or before _____, 2019, at 5:00 p.m. (EST), in order to be counted with regard to acceptance or rejection of the Plan.

        C.    Within 3 days after entry of this order, the Plan, the Disclosure Statement, and a ballot substantially in the form annexed hereto conforming to Official Form 14, shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee as provided in Fed. R. Bankr. P. 3017(d).

        D.    _____, 2019 at_____ ___.m., or as soon thereafter as counsel may heard, is fixed for the hearing on confirmation of the Plan (the "Hearing"), before the Honorable Carla E. Craig at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York

        E.    _____, 2019 at 5:00 p.m. (EST) is fixed as the last day for filing and serving written objections to confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1), which objections must be filed, served and received by the Proponent's attorneys and the Clerk of Court, with a courtesy copy to the Honorable Carla E. Craig at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                          Chapter 11

       4921 12th Avenue, LLC                              Case no.  18-47256

                              Debtor.
-----------------------------------------------------------x

## **BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

        Galster Funding LLC ("Proponent") filed a Plan of Reorganization dated April ___, 2019 (the "Plan") for the Debtor.  The Court has provisionally approved the Proponent's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Mark Frankel, Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022, (212) 593-1100.  Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

        You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

        If your ballot is not received by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022 on or before _____, 2019 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

        If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

1

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class ___ claim against the Debtor in the unpaid amount of Dollars ($_____)

(Check one box only)

[ ] ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

Dated: _____

Print or type name of Creditor: _____

Signature: _____

Title (if corporation or partnership) _____

Address:
_____
_____
_____
_____

**Return this ballot so as to be received on or before _____, 2019 at 5:00 p.m. by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York 10022.**