UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  4921 12TH AVENUE LLC | CASE NO: 18-47256<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/1/2019, I did cause a copy of the following documents, described below,

Notice of Hearing

Disclosure Statement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/1/2019

/s/ Mark Frankel
Mark Frankel  1989
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000
212 593 1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE: 4921 12TH AVENUE LLC

CASE NO: 18-47256

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 5/1/2019, a copy of the following documents, described below,

Notice of Hearing

Disclosure Statement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/1/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | OLD REPUBLIC NATIONAL TITLE INSURANCE COMPAN |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 02071<br>CASE 1-18-47256-CEC<br>EASTERN DISTRICT OF NEW YORK<br>BROOKLYN<br>WED MAY 1 11-43-16 EDT 2019 | 4921 12TH AVENUE LLC<br>4921 12TH AVENUE<br>BROOKLYN NY 11219-3040 | 521 5TH AVENUE<br>23RD FLOOR<br>NEW YORK NY 10175-2399 |

271 C CADMAN PLAZA EAST SUITE 1595
BROOKLYN NY 112011801

BEIS CHASIDEI GORLITZ
CO BERKMAN HENOCH ET AL
100 GARDEN CITY PLAZA
GARDEN CITY NY 11530-3203

BEIS CHASIDEI GORLITZ
CO HERRICK FEINSTEIN LLP
2 PARK AVENUE
NEW YORK NY 10016-5702

BUTLER FITZGERALD FIVESON  MCCARTHY PC
9 EAST 45TH STREET NINTH FLOOR
NEW YORK NEW YORK 10017-8456

GALSTER FUNDING LLC
9 EAST 45TH ST 9TH FLOOR
NEW YORK NY 10017-8456

GALSTER FUNDING LLC
9 EAST 45TH STREET NINTH FLOOR
NEW YORK NY 10017-2425

GALSTER FUNDING LLC
CO BACKENROTH FRANKEL  KRINKSY LLP
800 3RD AVE FL 11
NEW YORK NY 10022-7651

GALSTER FUNDING LLC
CO HARRY ZUBLI ESQ
1010 NORTHERN BOULEVARD SUITE 310
GREAT NECK NY 11021-5329

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY BROOKLYN OFFICE
US FEDERAL OFFICE BUILDING
201 VARICK STREET SUITE 1006
NEW YORK NY 10014-9449

OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPAN
CO BUTLER FITZGERALD FIVESON
MCCARTHY PC
9 EAST 45TH STREET 9TH FLOOR
NEW YORK NEW YORK 10017-8456

OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPAN
A FLORIDA CORPORATION
CO BUTLER FITZGERALD FIVESON  MCCARTHY
NINE EAST 45TH STREET NINTH FLOOR
NEW YORK NY 10017-2425

J TED DONOVAN
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 BROADWAY
22ND FLOOR
NEW YORK NY 10036-5600

JOSEPH Y BALISOK
BALISOK  KAUFMAN PLLC
251 TROY AVENUE
BROOKLYN NY 11213-3601

MICHAEL LEVINE
LEVINE  ASSOCIATES PC
15 BARCLAY ROAD
SCARSDALE NY 10583-2707