LAW OFFICES

# BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
NINE EAST 45TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10017
www.bffmlaw.com

David K. Fiveson
212-615-2225
dfiveson@bffmlaw.com

Of Counsel:
David J. McCarthy
Telephone 212-615-2200
Facsimile 212-615-2215

May 21, 2019

BY ECF FILING
Honorable Carla E. Craig
United States Bankruptcy Judge
271 Cadman Plaza East
Brooklyn, New York 11201

Re: In re 4921 12th Avenue LLC
Case No. 18-47256 (CEC)
Our File No. 3696.06265

Dear Honorable Craig:

We are attorneys for secured creditor Old Republic National Title Insurance Company as assignee of Beis Chasidei Gorlitz, Inc. We reference Mr. Dremluk's letter of May 16, 2019 wherein he requests a conference with the Court.

We wish to inform the Court that no Conference is necessary. We note the deadline for the debtor to file its Chapter 11 plan was May 1, 2019 (ecf #50) and no plan has been submitted by the debtor. Secured creditor Galster Funding LLC has timely submitted its proposed plan.

Respectfully submitted,

David K. Fiveson

DKF/rqs

cc: Robert W. Dremluk, Esq. (by ECF)
Culhane Meadows

Mark Frankel, Esq. (by ECF)
Backenroth Frankel & Krinsky, LLP