UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                          Chapter 11

     4921 12th Avenue LLC,                              Case no. 18-47256

                        Debtor.
-----------------------------------------------------------x
4921 12th Avenue LLC,

                        Plaintiff,

-against-                                                                      Adv. Proc. 19-01030

Galster Funding, LLC,

                        Defendant.
-----------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

       Mark Frankel, being duly affirmed, deposes and says: I am over the age of eighteen years, I reside in Nassau County, I am not a party herein, and on the 12th day of June, 2019, I caused to be served a true copy of the *Notice of Presentment and Proposed Order*, upon the interested parties listed below, at the email addresses listed below, by email.

Joseph Balisok
balisoklawyers@gmail.com

David Fiveson
dfiveson@bffmlaw.com

Alla Kachan
alla@kachanlaw.com


                                                                       s/ Mark Frankel

Affirmed before me this 10th
Day of July, 2019

s/Scott Krinsky
Notary Public