UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                      Chapter 11

     4921 12th Avenue, LLC                         Case no. 18-47256

                        Debtor.
---------------------------------------------------------x

## **CERTIFICATION OF BALLOTS**

        Backenroth Frankel & Krinsky, LLP, as attorneys for 4921 12th Avenue, LLC ("Debtor") proponent of the Amended Plan of Reorganization (the "Plan") filed on April 4, 2019, certifies as follows regarding ballots received voting to accept or reject the Plan:

        1.     Class 2. Galster Funding LLC, a Class 2 non-insider creditor with a claim totaling $9,480,175, voted to accept the Plan.

        2.     Class 3. Old Republic, a Class 3 non-insider creditor with a claim totaling $13,500,000, voted to accept the Plan.

        3.     Class 5. Old Republic, a Class 5 non-insider creditor with an unliquidated deficiency Claim, voted to accept the Plan.

        4.     Class 6. "Debtor, stakeholder, party in interest" submitted a as ballot executed with an illegible signature as "Pres" voting to reject the Plan.

        5.     No other ballots were received.

Dated: New York, New York
       July 15, 2019

                              BACKENROTH FRANKEL & KRINSKY, LLP
                              Attorneys for the Proponent

                              By:   /s/ Mark Frankel
                                   800 Third Avenue
                                   New York, New York 10022
                                   (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                           Chapter 11

       4921 12th Avenue, LLC                    Case no. 18-47256

               Debtor.
------------------------------------------------------------x

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

      Galster Funding LLC ("Proponent") filed a Plan of Reorganization dated April 30, 2019 (the "Plan") for the Debtor. The Court has provisionally approved the Proponent's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Mark Frankel, Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022, (212) 593-1100. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

      You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 2 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

      If your ballot is not received by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022 on or before July 8, 2019 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

      If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

1

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __2__ claim against the Debtor in the unpaid amount of Dollars ($9,480,175)

(Check one box only)

[X] ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

Dated: June 11, 2019

Print or type name of Creditor: _Galster Funding LLC_

Signature: ___s/Mark Frankel_

Title (if corporation or partnership) _Attorney for Galster Funding LLC_

Address:
_Backenroth Frankel & Krinsky, LLP_
_800 3rd Ave Fl 11_
_New York, NY 10022_

**Return this ballot so as to be received on or before July 8, 2019 at 5:00 p.m. by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York 10022.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                    Chapter 11

        4921 12th Avenue, LLC                         Case no. 18-47256

                Debtor.
------------------------------------------------------------x

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

      Galster Funding LLC ("Proponent") filed a Plan of Reorganization dated April ___, 2019 (the "Plan") for the Debtor. The Court has provisionally approved the Proponent's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Mark Frankel, Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022, (212) 593-1100. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

      You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class _3_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

      If your ballot is not received by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022 on or before July 8, 2019 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

      If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                          Chapter 11

       4921 12th Avenue, LLC                     Case no. 18-47256

                    Debtor.
-----------------------------------------------------------x

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

        Galster Funding LLC ("Proponent") filed a Plan of Reorganization dated April 30, 2019 (the "Plan") for the Debtor. The Court has provisionally approved the Proponent's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Mark Frankel, Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022, (212) 593-1100. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

        You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 5 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

        If your ballot is not received by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022 on or before July 8, 2019 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

        If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __3__ claim against the Debtor in the unpaid amount of Dollars ($ __13,500,000__ )

(Check one box only)

[X] ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

Dated: __June 14, 2019__

Print or type name of Creditor: __Old Republic National Title Insurance Company__
__as assignee of Beis Chasidei Gorlitz, Inc.__

Signature: __Maria C. Filippelli__

Title (if corporation or partnership) __First Vice President__
__Deputy Chief Claims Counsel__

Address:
__c/o David K. Fiveson, Esq.__
__Butler, Fitzgerald, Fiveson & McCarthy, P.C.__
__9 East 45th Street, Ninth Floor__
__New York, New York 10017__

**Return this ballot so as to be received on or before July 8, 2019 at 5:00 p.m. by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York 10022.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                                    Chapter 11

      4921 12th Avenue, LLC                                         Case no. 18-47256

                      Debtor.
---------------------------------------------------------------x

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

      Galster Funding LLC ("Proponent") filed a Plan of Reorganization dated April ___, 2019 (the "Plan") for the Debtor. The Court has provisionally approved the Proponent's Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Mark Frankel, Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022, (212) 593-1100. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

      You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

      If your ballot is not received by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York, 10022 on or before July 8, 2019 at 5:00 p.m., and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

      If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

1

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class ___ claim against the Debtor in the unpaid amount of Dollars ($_____)

(Check one box only)

[ ] ACCEPTS THE PLAN   [✓] REJECTS THE PLAN

Dated: __6/13/19__

Print or type name of Creditor: __Debtor, stakeholder, party in interest__

Signature: __[signature]__

Title (if corporation or partnership) __Pro__

Address: __1152-53 St__
_____
_____
_____

**Return this ballot so as to be received on or before July 8, 2019 at 5:00 p.m. by Backenroth Frankel & Krinsky, LLP, 800 Third Avenue, New York, New York 10022.**