Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
3099 Coney Island Avenue, 3rd Floor
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

        4921 12th Avenue LLC,

               Debtor.

-------------------------------------------------------X

Case No.: 1-18-47256-cec

Chapter 11

**AFFIDAVIT OF SERVICE**

State of New York )
              ) ss.:
County of Kings )

     Elena Tolmacheva affirms the following under the penalties of perjury, that on November 15, 2019 I served a true copy of the following documents:

1) Notice of Motion Seeking to Retain Counsel for the Debtor;
2) Application to Employ Law Offices of Alla Kachan, P.C. as Attorney for the Debtor;
3) Declaration of Proposed Attorney;
4) Proposed Order Granting the Debtor's Motion

depositing true copies of same in a post- paid wrapper, in an official depository under the exclusive custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth, to wit:

TO:

**Office of the United States Trustee**
**Brooklyn Office**
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**Old Republic National Title Insurance Company**

521 5th Avenue
23rd Floor
New York, NY 10175-2399

**Beis Chasidei Gorlitz**
c/o Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016-5702

**Galster Funding LLC**
9 East 45th Street, Ninth Floor
New York, NY 10017-2425

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Old Republic National Title Insurance Compan**
a Florida Corporation
c/o Butler Fitzgerald Fiveson & McCarthy
Nine East 45th Street, Ninth Floor
New York, NY 10017-2425

**J Ted Donovan**
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway 22nd Floor
New York, NY 10036-5600

**Butler, Fitzgerald, Fiveson & McCarthy, P.C.**
9 East 45th Street, Ninth Floor
New York, New York 10017-8456

**Galster Funding LLC**
c/o Backenroth Frankel & Krinksy, LLP
800 3rd Ave, Fl 11
New York, NY 10022-7651

**Yidel's Online Food Station, LLC**
E-Commerce Expand, LLC,
c/o Dahiya Law Offices, LLC
75 Maiden Lane Suite 506
New York NY 10038-4631

**Joseph Y. Balisok**
Balisok & Kaufman PLLC
251 Troy Avenue 16th Floor
Brooklyn, NY 11213-3601

**Culhane Meadows PLLC**
100 Park Avenue 16th Floor
New York, NY 10017-5538

**Beis Chasidei Gorlitz**
c/o Berkman Henoch et al
100 Garden City Plaza
Garden City, NY 11530-3203

**Galster Funding LLC**
9 East 45th St., 9th Floor
New York, NY 10017-8456

**Galster Funding LLC**
c/o Harry Zubli, Esq.
1010 Northern Boulevard, Suite 310
Great Neck, NY 11021-5329

**Old Republic National Title Insurance Compan**
c/o Butler, Fitzgerald, Fiveson & McCarthy, P.C.
9 East 45th Street, 9th Floor
New York, New York 10017-8456

**Dahiya Law Offices, LLC**
75 Maiden Lane Suite 506
New York NY 10038

**Butler Fitzgerald Fiveson & McCarthy**
9 East 45 Street 9 floor
New York, NY 10017

Dated: November 15, 2019
      Brooklyn, New York

Elena Tolmacheva

Sworn Before Me on This

_15_ Day of _November_, 2019

_____
Notary Public

Olga Luzgina
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU6393485
Qualified In King County
Commission Expires    June 17, 2023