UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

4921 12th Avenue LLC,

Debtor.
-------------------------------------------------------------x

Chapter 11

Case No. 1-18-47256-jmm

## ORDER SCHEDULING HEARING
## TO CONSIDER PLAN ADMINISTRATOR'S MOTION FOR RULE 2004 EXAMINATION

**WHEREAS**, on July 7, 2022, Mark A. Frankel, the plan administrator (the "Plan Administrator") of the confirmed plan of reorganization of 4921 12th Avenue LLC (the "Debtor") filed an *ex parte* application [ECF No. 224] (the "Application") for an Order authorizing and directing the Plan Administrator to remove and inspect the computers and files at the Debtor's real property located at 4917 12th Avenue, Brooklyn, New York 11219, pursuant to Bankruptcy Rule 2004; and

**WHEREAS**, on July 11, 2022, Ultimate Oppurtunities, LLC a/k/a Ultimate Opportunities, LLC ("Ultimate") filed an objection to the Application [ECF No. 225] (the "Objection").

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Court will hold a hearing on the Application and the Objection before the Honorable Jil Mazer-Marino, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, **on July 14, 2022, at 2:30 p.m.** (the "Hearing"); and it is further

**ORDERED**, that the Hearing shall not be held in person but shall be held **telephonically or by video**. Those intending to appear at the Hearing must register with eCourt Appearances no later than one day prior to the Hearing. The phone number or video link for the Hearing will be

emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Plan Administrator shall serve a copy of this Order **by 1:00 P.M. on July 13, 2022**, via **email** upon Ultimate's counsel, the Office of the United States Trustee, and all parties that requested notice in this case, and shall file proof of service **by 5:00 P.M. on July 13, 2022**; and it is further

**ORDERED**, that the Court will entertain oral objections and replies at the Hearing.



Dated: Brooklyn, New York
July 12, 2022

Jil Mazer-Marino
United States Bankruptcy Judge