UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                          Chapter 11

       4921 12th Avenue, LLC,                               Case No.  18-47256 (JMM)

                     Debtor.
----------------------------------------------------------x

## NOTICE OF PRESENTMENT

       PLEASE TAKE NOTICE, PLEASE TAKE NOTICE under Bankruptcy Rules 3022 and Local Rule 2002-1 of this Court, and the attached application attached proposed final decree to the Honorable Jill Maizer Marino, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800 for signature on December 23, 2022 at 10:00 a.m.

       PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

       PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, a hearing will be conducted at a date and time to be announced by the Court, and no later than one day before the hearing, parties must register to appear through the Court's eCourt Appearances service at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

       PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right-hand corner of the caption of all objections.

Dated:  New York, New York
           November 28, 2022

                                              BACKENROTH FRANKEL & KRINSKY, LLP
                                              By:    s/Mark A. Frankel
                                                     800 Third Avenue
                                                     New York, New York 10022
                                                     (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                         Chapter 11

       4921 12th Avenue, LLC            Case No.  18-47256

                        Debtor.
---------------------------------------------------------x

## FINAL DECREE

Upon the application of Mark Frankel, as plan administrator ("Plan Administrator") of the confirmed plan in the matter of 4921 12th Avenue, LLC (the "Debtor") requesting that a final decree be entered and that the Chapter 11 case be closed, and the Plan Administrator having substantially consummated the provisions of the Plan of Reorganization confirmed by order of this Court dated July 30, 2019; it is

ORDERED, that pursuant to Bankruptcy Rule 3022, the above-captioned Chapter 11 case be, and the same hereby closed, and a final decree is hereby issued; and it is further

ORDERED, that the Plan Administrator provide a declaration detailing all disbursements made on the Debtor's behalf through the date of this Order and pay all United States Trustee fees and any applicable interest thereon within ten (10) days of the date of this Order.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                          Chapter 11

       4921 12th Avenue, LLC                  Case No.  18-47256

                         Debtor.
---------------------------------------------------------x

## APPLICATION FOR FINAL DECREE

Mark Frankel, as plan administrator ("Plan Administrator") of the confirmed plan in the matter of 4921 12th Avenue, LLC, the debtor herein (the "Debtor"), by his attorneys, Backenroth Frankel & Krinsky, LLP, as and for his application for a final decree respectfully represent as follows:

1. On July 30, 2019, this Court entered an order confirming the plan of reorganization (the "Plan") in this case.

2. The terms of the Plan have been substantially consummated.

3. By this application, the Debtor seeks the entry of a final decree declaring the Debtor's Chapter 11 case closed.

WHEREFORE, the Plan Administrator respectfully requests that the Court enter the prefixed order and grant such other and further relief as may be just and proper.

Dated: New York, New York
         November 28, 2022

                                              BACKENROTH FRANKEL & KRINSKY, LLP
                                              Attorneys for the Debtor

                                              By:    s/ Mark Frankel
                                                        800 Third Avenue
                                                        New York, New York  10022
                                                        (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                    Chapter 11

       4921 12th Avenue, LLC             Case No. 18-47256

                          Debtor.
---------------------------------------------------------x

## **CLOSING REPORT IN CHAPTER 11 CASE**

       To the best of my knowledge and belief, the following is a breakdown in this case:
FEES AND EXPENSES (from case inception):

<u> 0     </u>        (if applicable)
<u>        </u>      FEE for ATTORNEY for TRUSTEE (if applicable)
<u>  64% </u>       DIVIDEND PAID/TO BE PAID
<u>        </u>      FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined)
<u> YES   </u>    INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED
<u>        </u>      OTHER: (explain)

Dated: New York, New York
          November 28, 2022

                                    BACKENROTH FRANKEL & KRINSKY, LLP
                                    Attorneys for the Debtor

                                    By:    <u>s/Mark Frankel                       </u>
                                                  800 Third Avenue
                                                  New York, New York 10022
                                                  (212) 593-1100