UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                              Chapter 11

       4921 12th Avenue, LLC                       Case no. 18-47256

                                Debtor.
---------------------------------------------------------x

## **DISBURSEMENT REPORT FOR OCTOBER AND NOVEMBER 2022**

        Mark Frankel, as plan Administrator of the confirmed plan for 4921 12th Avenue, LLC, respectfully represents as follows: No disbursements were made during the months of October and November 2022.

Dated: New York, New York
            December 2, 2022

                                                MARK FRANKEL, AS PLAN
                                                ADMINISTRATOR

                              By:      <u>s/ Mark Frankel</u>
                                               800 Third Avenue
                                               New York, New York 10022
                                               (212) 593-1100