# **Closing**

**CREDITS/SELLERS:**

| | | |
|---|---|---|
| Purchase Price.................... | $6,800,000.00 | |
| Real Estate Tax 1501 ($4,814.35 / 92 = $52.33 /day x 105) | 5,494.65 | |
| Real Estate Tax 1502 ($7,197.06/ 184 = $39.12 /day x 105) | 4,107.60 | |
| TOTAL CREDIT SELLER: | | $6,809,602.25 |

**CREDIT/PURCHASER:**

| | | |
|---|---|---|
| Deposit Paid by Purchaser......... | $ 340,000.00 | |
| TOTAL CREDIT PURCHASER: | | $340,000.00 |
| Total Due Seller at Closing | | $6,469,602.25 |

**BALANCE PAID TO SELLER AS FOLLOWS:**

| | |
|---|---|
| Plan Administrator to wire to Royal | $ 340,000.00 |
| Purchaser to wire to Royal | $6,469,602.25 |
| | $6,809,602.25 |

To be disbursed:

| | | |
|---|---|---|
| Royal Abstract (Title Invoice) | | $ 218,442.80 |
| Lot 1502: | | |
|     January 2022 | $ 6,316.71 | |
|     July 2022 | $ 7,325.16 | |
|     (adjusted with Purchaser) | $13,641.87 | |
| Lot 1501: | | |
|     All open taxes; unsold tax lien | | |
|     (adjusted July 2022 with Purchaser) | $62,872.54 | |
| Lot 7506: | | |
|     Overall lot for misc condo charges | | |
|         Registration Fee | $ 13.00 | |
|         Fire Dept. | $ 1,114.15 | |
|         Registration Fee | $ 13.00 | |
|         Open Water/Sewer | $ 43,178.24 | |
|         Tax Lien Payoff | $ 97,000.00 | |
|         Total | $217,832.80 | |
| | | |
|         Recording Fee | $ 460.00 | |
|         ACRIS Document Prep. | $ 150.00 | |

| | | |
|---|---|---|
| Mark Frankel as Plan Administrator | | $493,000.00 |
|     U.S. Trustee | $ 68,000.00 | |
|     Backenroth Frankel & Krinsky, LLP` | $100,000.00 | |
|     Trustee Reserve | $325,000.00 | |
| | | |
| Due Seller | | $6,469,602.25 |
| Less Seller Expenses: | | |
|     Royal Abstract | $218,442.80 | |
|     Plan Administrator | <u>$493,000.00</u> | |
| | | ($ 711,642.80) |
| To Mortgagee | | $5,758,159.45 |