UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                                    Chapter 11

       4921 12th Avenue, LLC,                              Case No.  18-47256 (JMM)

                         Debtor.
----------------------------------------------------------x

## NOTICE OF PRESENTMENT

      PLEASE TAKE NOTICE, PLEASE TAKE NOTICE under Bankruptcy Rules 3022 and Local Rule 2002-1 of this Court, and the attached proposed order authorizing final disbursement of sale proceeds will be presented to the Honorable Jill Maizer Marino, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800 for signature on December 19, 2022 at 10:00 a.m.

      PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

      PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, a hearing will be conducted at a date and time to be announced by the Court, and no later than one day before the hearing, parties must register to appear through the Court's eCourt Appearances service at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

      PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right-hand corner of the caption of all objections.

Dated:  New York, New York
          December 9, 2022

                                      BACKENROTH FRANKEL & KRINSKY, LLP
                                      By:    <u>s/Mark A. Frankel</u>
                                                800 Third Avenue
                                                New York, New York 10022
                                                (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                                Chapter 11

       4921 12th Avenue, LLC                         Case no.  18-47256

                          Debtor.
------------------------------------------------------------x

## ORDER AUTHORIZING FINAL DISBURSEMENT OF SALE PROCEEDS

Upon the notice of presentment of Mark Frankel, as Plan Administrator ("Plan Administrator") of an order authorizing the final disbursement of the sale proceeds from the sale approved the Court by order entered September 1, 2022 (dkt. no. 236) of the real property previously owned by 4921 12th Avenue, LLC at 131-05 23rd Avenue, College Point, New York under the confirmed Plan of Reorganization ("Plan," dkt. no. 51), upon the hearing held on December 7, 2022, and all prior pleadings and hearings held in this case; it is

ORDERED, that that in furtherance of the Plan, the Plan Administrator is authorized to disburse the remaining funds he is holding (a) first to payment of quarterly fees under 28 U.S.C. § 1930(a)(6) and Plan Administrator and professional compensation under the Plan, and (b) second all remaining funds to Galster Funding LLC; and it is further

ORDERED, that this Court hereby retains exclusive jurisdiction over this Order, and to hear and to determine all controversies, suits and disputes, if any, as may arise in connection with the Order.