UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                   Chapter 11

        4921 12th Avenue LLC                      Case no. 18-47256-jmm

                Debtor.

------------------------------------------------------------x

## ORDER AUTHORIZING FINAL DISBURSEMENT OF SALE PROCEEDS

Upon the notice of presentment of Mark Frankel, as Plan Administrator ("Plan Administrator") **[ECF No. 247] (JMM)** of an order authorizing the final disbursement of the sale proceeds from the sale approved the Court by order entered September 1, 2022 (dkt. no. 236) of the real property previously owned by 4921 12th Avenue LLC at **4917 12th Avenue, Units C1 and R1, Brooklyn, New York 11219** ~~131-05 23rd Avenue, College Point, New York~~ **(JMM)** under the confirmed Plan of Reorganization ("Plan," dkt. no. 51); **and** upon the hearing held on December 7, 2022 and all prior pleadings and hearings held in this case; **and upon the certificate of no objection filed by the Plan Administrator on December 27, 2022 [ECF No. 249]; (JMM)** it is

ORDERED, that that in furtherance of the Plan, the Plan Administrator is authorized to disburse the remaining funds he is holding (a) first to payment of quarterly fees under 28 U.S.C. § 1930(a)(6) and Plan Administrator and professional compensation under the Plan, and (b) second all remaining funds to Galster Funding LLC; and it is further

ORDERED, that this Court **may retain** ~~hereby retains~~ **(JMM)** exclusive jurisdiction over this Order and to hear and to determine all controversies, suits and disputes, if any, as may arise in connection with the Order.

Dated: December 28, 2022
Brooklyn, New York



_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**